UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTHCAROLINA
EASTERN DIVISION

NO. 4:10-CR-71-FL-1

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MILTON DEVON WILLIAMS | ) | |

Upon motion of the United States, for good cause shown, and for the reasons stated in the motion, it is hereby ORDERED that D.E. 222 be sealed by the Clerk from this date until further order by this Court.

This the __20th__ day of May 2019.

_____
LOUISE W. FLANAGAN
United States District Judge

.